The People of the State of New York, Respondent,
against
David Gonzalez, Defendant-Appellant.



Defendant appeals from an order of the Criminal Court of the City of New York, New York County (Erika M. Edwards, J.), entered December 17, 2014, which, after a hearing, designated him a level two sex offender on each of two separate cases pursuant to the Sex Offender Registration Act (Correction Law Art. 6-C).




Per Curiam.
Order (Erika M. Edwards, J.), entered December 17, 2014, affirmed.
Since defendant did not ask the SORA court for a downward departure from his presumptive risk level, that claim is unpreserved (see People v Gillotti, 23 NY3d 841, 861 n 5 [2014]; People v Sanchez, 102 AD3d 479 [2013], lv denied 21 NY3d 852 [2013]). In any event, there is no basis in the record for such a departure, particularly in light of the seriousness of the underlying offenses committed against three individuals, one of whom was a fourteen year-old girl, and defendant's recent postrelease arrest and indictment on sexual abuse charges (see People v Callaghan, 56 AD3d 363 [2008], lv denied 12 NY3d 702 [2009]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: October 13, 2016